**FILED**

**MAY 2 4 2001**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE CIRCUIT COURT
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

CLYDE D. PRESTON, )
                  )
    Plaintiff,    )
                  )
vs.               )  No. 01L695
                  )
ALLIED WASTE TRANSPORTATION, )
INC. d/b/a MIDLAND WASTE,    )
                  )
    Defendant.    )

**FILED APR 12 2001**
CLERK OF CIRCUIT COURT #1
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

01-338-DRH

## COMPLAINT

### COUNT I

Comes now the Plaintiff, **CLYDE D. PRESTON**, by and through his attorneys, **COOK, YSURSA, BARTHOLOMEW, BRAUER & SHEVLIN, LTD.**, and **JOSEPH A. BARTHOLOMEW**, and for Count I of his Complaint against the Defendant, **ALLIED WASTE TRANSPORTATION, INC. d/b/a MIDLAND WASTE**, states as follows:

1. That at all times mentioned herein the Defendant, **ALLIED WASTE TRANSPORTATION, INC. d/b/a MIDLAND WASTE**, was a Delaware corporation authorized to do business in the State of Illinois and in fact does business in Roxana, Madison County, Illinois.

2. That at all times mentioned herein the Plaintiff, CLYDE D. PRESTON, was a resident and citizen of the City of Hartford, Madison County, Illinois.

3. That on or about February 6, 2000, the Plaintiff, CLYDE D.

PRESTON, was an employee of the Defendant, **ALLIED WASTE TRANSPORTATION, INC. d/b/a MIDLAND WASTE**, and then and there sustained injuries arising out of and in the course of his employment.

4. That thereafter, the Plaintiff, **CLYDE D. PRESTON**, individually, by and through his attorneys, notified the Defendant of his intention to assert his rights pursuant to the Illinois Worker's Compensation Act.

5. That the Defendant, **ALLIED WASTE TRANSPORTATION, INC. d/b/a MIDLAND WASTE**, on or about July 18, 2000, discharged the Plaintiff, **CLYDE D. PRESTON**, from his employment by reason of his assertion of his rights under the Illinois Worker's Compensation Act.

6. That as a direct and proximate result of the wrongful acts of the Defendant, **ALLIED WASTE TRANSPORTATION, INC. d/b/a MIDLAND WASTE**, the Plaintiff has been deprived of his lawful employment, he has sustained injuries by his loss of income and benefits, he has sustained injuries to his reputation, and has sustained mental anguish, all to his damage in a substantial amount.

WHEREFORE, the Plaintiff, **CLYDE D. PRESTON**, prays judgment against the Defendant, **ALLIED WASTE TRANSPORTATION, INC. d/b/a MIDLAND WASTE**, in an amount in excess of **FIFTY THOUSAND DOLLARS ($50,000.00)**, but less than **SEVENTY FIVE THOUSAND DOLLARS ($75,000.00)** plus costs herein expended.

*[signature]*

JOSEPH A. BARTHOLOMEW
Attorney for Plaintiff
IL REG. #6187925

COOK, YSURSA, BARTHOLOMEW,
BRAUER & SHEVLIN, LTD.
12 West Lincoln Street
Belleville, Illinois 62220
(618) 235-3500

## COUNT II

Comes now the Plaintiff, **CLYDE D. PRESTON**, by and through his attorneys, **COOK, YSURSA, BARTHOLOMEW, BRAUER & SHEVLIN, LTD.**, and **JOSEPH A. BARTHOLOMEW**, and for Count II of his Complaint against the Defendant, **ALLIED WASTE TRANSPORTATION, INC. d/b/a MIDLAND WASTE**, states as follows:

1. That at all times mentioned herein the Defendant was a Delaware corporation authorized to do business in the State of Illinois and in fact does business in Roxana, Madison County, Illinois.

2. That at all times mentioned herein the Plaintiff, **CLYDE D. PRESTON**, was a citizen and resident of the City of Hartford, Madison County, Illinois.

3. That on or about February 6, 2000, the Plaintiff, **CLYDE D. PRESTON**, was an employee of the Defendant, **ALLIED WASTE**

TRANSPORTATION, INC. d/b/a MIDLAND WASTE, and then and there sustained injuries arising out of and in the course of his employment.

4. That thereafter, the Plaintiff, CLYDE D. PRESTON, individually, by and through his attorneys, notified the Defendant ALLIED WASTE TRANSPORTATION, INC. d/b/a MIDLAND WASTE, of his intention to assert his rights pursuant to the Illinois Worker's Compensation Act.

5. That the Defendant, ALLIED WASTE TRANSPORTATION, INC. d/b/a MIDLAND WASTE, on or about July 18, 2000, discharged the Plaintiff, CLYDE D. PRESTON, from his employment by reason of his assertion of his rights under the Illinois Worker's Compensation Act.

6. That the discharge by the Defendant, ALLIED WASTE TRANSPORTATION, INC. d/b/a MIDLAND WASTE, was wrongful and oppressive, and wilful and wanton, and in retaliation for the exercise by the Plaintiff of his legal rights pursuant to the Illinois Worker's Compensation Act, and was in violation of Section 4(h).

7. That as a direct and proximate result of the wrongful acts of the Defendant, ALLIED WASTE TRANSPORTATION, INC. d/b/a MIDLAND WASTE, the Plaintiff has been deprived of his lawful employment, he has sustained injuries by his loss of income and benefits, he has sustained injuries to his reputation, and has sustained mental anguish, all to his damage in a substantial amount.

WHEREFORE, the Plaintiff, CLYDE D. PRESTON, prays judgment against the Defendant, ALLIED WASTE TRANSPORTATION, INC. d/b/a MIDLAND WASTE, in an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00), but less than SEVENTY FIVE THOUSAND DOLLARS ($75,000.00) representing Punitive Damages, plus costs herein expended.

_____
JOSEPH A. BARTHOLOMEW
Attorney for Plaintiff
IL REG. #6187925

COOK, YSURSA, BARTHOLOMEW,
BRAUER & SHEVLIN, LTD.
12 West Lincoln Street
Belleville, Illinois 62220
(618) 235-3500

IN THE CIRCUIT COURT
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

**FILED**
APR 12 2001
CLERK OF CIRCUIT COURT #1
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

| | |
|---|---|
| CLYDE D. PRESTON, | ) |
| Plaintiff, | ) |
| vs. | ) No. 01 L 695 |
| ALLIED WASTE TRANSPORTATION, INC. d/b/a MIDLAND WASTE, | ) |
| Defendant. | ) |

## AFFIDAVIT

JOSEPH A. BARTHOLOMEW, being first duly sworn upon his oath, deposes and states as follows:

1. That he is the attorney for the Plaintiff. That upon information and belief the damages suffered by the Plaintiff in the instant complaint attached hereto exceeds the sum of $50,000.00 but less than $75,000.00.

Affiant further sayeth not.

_____
JOSEPH A. BARTHOLOMEW

SUBSCRIBED AND SWORN to before me, a Notary Public, this 10th of April, 2001.

_____
NOTARY PUBLIC

"OFFICIAL SEAL"
PEGGY S. COTTNER
NOTARY PUBLIC—STATE OF ILLINOIS
MY COMMISSION EXPIRES JUNE 24, 2004

COOK, YSURSA, BARTHOLOMEW,
BRAUER & SHEVLIN, LTD.
12 West Lincoln Street
Belleville, Illinois  62220
(618) 235-3500